UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| KHALID AL-JAWARY | CIVIL ACTION NO. 04-2497 |
| --- | --- |
| | SECTION "P" |
| -vs- | JUDGE DRELL |
| WARDEN, U. S. PENITENTIARY AT POLLOCK, et al. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that plaintiff's petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 23rd day of June, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge